Julie A. Ostil, Esq. (SBN 215202)
Law Office of Julie A. Ostil
1989 Santa Rita Rd., #A-405
Pleasanton, CA 94566
Tel: 925.265.8257
Fax: 925.999.9465
jostil@ostillaw.com

Attorneys for Plaintiff:
SUSAN JOHNSON

Rex Darrell Berry, Esq. (SBN 110219)
Brian Crone, Esq. (SBN 191731)
Berry & Block LLP
2150 River Plaza Dr., Suite 415
Sacramento, CA 95833
Tel: (916) 564-2000
Fax: (916) 564-2024

Attorneys for Defendant:
24-HOUR FITNESS, USA, INC.

Jonathan McNeil Wong, Esq. (SBN 112224)
Donahue Gallagher Woods LLP
PO Box 12979
Oakland, CA 94604
Tel: (510) 451-0544
Fax: (510) 832-1486

Attorneys for Defendant:
PK SALE, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JOHNSON, | ) Case No.: 2:08-cv-2582 FCD-DAD |
| | ) <u>Civil Rights</u> |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) **STIPULATION AND ORDER FOR THE** |
| 24 HOUR FITNESS, USA, INC.; PK SALE, | ) **FILING OF A FIRST AMENDED** |
| LLC; and Does 1-10, Inclusive, | ) **COMPLAINT** |
| | ) |
| Defendants | ) |
| | ) |
| | ) |
| _____ | ) |

**Stipulation and Order for First Amended Complaint: Case No. 2:08-cv-2582 FCD-DAD**

LAW OFFICE OF
JULIE A. OSTIL
1989 Santa Rita Rd. #A405
Pleasanton, CA 94566
925.265.8257
www.ostillaw.com

C:\windows\temp\notes101AA1\~1739305.doc

1

1    Plaintiff SUSAN JOHNSON filed her Complaint on, naming as defendants 24

2    HOUR FITNESS, USA, INC.; PK SALE, LLC; and DOES 1 through 10, Inclusive, based on

3    information obtained from public records and Westlaw databases.

4    On October 9, 2009, plaintiff's counsel learned that the real property that is the

5    subject of this action had been transferred to a new owner, Castlerock II, LP.

6    Plaintiff's claims for past damages against the former property owner, PK

7    SALE, LLC, continue, as well as claims against 24 HOUR FITNESS, USA, INC. for both

8    damages and injunctive relief.  However, the new property owner must now be brought in as a

9    proper party to this action.

10    Therefore, plaintiff needs to amend her complaint to name CASTLEROCK II,

11    LP as a defendant.  Plaintiff has prepared a First Amended Complaint naming 24 HOUR

12    FITNESS, USA, INC.; PK SALE, LLC; CASTLEROCK II, LP; and DOES 1 through 10,

13    Inclusive, as defendants.

14    Therefore, IT IS HEREBY STIPULATED by and between the parties that

15    Plaintiff may file a First Amended Complaint, a copy of which is attached hereto.

16    IT IS FURTHER STIPULATED that defendants 24 HOUR FITNESS, USA,

17    INC. and PK SALE, LLC waive notice and service of the amended complaint and shall not be

18    required to answer the First Amended Complaint, and that all denials, responses, and

19    affirmative defenses contained in the answer filed by each such defendant to the Complaint

20    shall be responsive to the First Amended Complaint

21

22

23    Dated: October 19, 2009                          JULIE A. OSTIL
                                                        LAW OFFICE OF JULIE A. OSTIL
24

25

26    /s/ Julie Ostil _____
                                                        Attorneys for Plaintiff
27                                                      SUSAN JOHNSON

28

LAW OFFICE OF
JULIE A. OSTIL
1989 Santa Rita Rd. #A405
Pleasanton, CA 94566
925.265.8257
www.ostillaw.com

Dated: October 19, 2009

BRIAN CRONE
BERRY & BLOCK LLP

/s/ Brian Crone_____
Attorneys for Defendant
24-HOUR FITNESS, USA, INC.

Dated: October 27, 2009

JONATHAN McNEIL WONG
DONAHUE GALLAGHER
WOODS LLP

/s/ Jonathan Wong_____
Attorneys for Defendant
PK SALE, LLC

## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. **Plaintiff shall file the First Amended Complaint.**

Dated: October 27, 2009

_____

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
JULIE A. OSTIL
1989 Santa Rita Rd. #A405
Pleasanton, CA 94566
925.265.8257
www.ostillaw.com