IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN JOHNSON,

       Plaintiff,                    NO. CIV S-08-2582 FCD DAD (GGH)

       vs.                               <u>ORDER</u>

24 HOUR FITNESS, et al.,

       Defendants.

_____/

       On September 15, 2010, the parties, by and through counsel, met in settlement conference. Appearances were placed on the record as were the general outlines of the settlement. The entire case is settled; therefore, previously scheduled dates in this case are vacated.

       As agreed upon at conference, all papers reflecting the prospective relief agreed upon, papers disposing of this case, and payment to plaintiff/counsel shall be made within two weeks of the settlement conference date.

DATED: 09/16/2010                    /s/ Gregory G. Hollows

                                                  UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
johnson24hr.sett

1